IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CAROL ROZHON, et al.,           )
                                )
              Plaintiffs,       )
                                )
    v.                          )   No. 09 C 4755
                                )
GTL TRUCK LINES, INC., et al., )
                                )
              Defendants.       )

## MEMORANDUM ORDER

GTL Truck Lines, Inc., Clarence Russell and Nash Finch Company have filed their Answer to the Amended Complaint ("AC") filed against them and codefendant Transportation Management, Inc. by Carol Rozhon and Marlene Lelko. Just one minor aspect of that responsive pleading calls for the issuance of this sua sponte memorandum order.

Count II ¶14 contains a purported disclaimer that fails to track the provisions of Fed. R. Civ. P. 8(b)(5) and is therefore inadequate--see App. ¶1 to <u>State Farm Mut. Auto. Ins. Co. v. Riley</u>, 199 F.R.D. 276, 278 (N.D. Ill. 2001). Because it is unclear just what is being disclaimed in the corresponding paragraph of the AC anyway, the purported disclaimer is simply stricken--instead the parties are considered to have admitted the allegations of that paragraph in their entirety.

_____
Milton I. Shadur
Senior United States District Judge

Date: January 25, 2010